The Honorable RONALD B. LEIGHTON

06-CV-05268-ORD



FILED ___ LODGED
___ RECEIVED

AUG 31 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PROVIDENCE HEALTH SYSTEM–WASHINGTON, a Washington nonprofit corporation, doing business as PROVIDENCE HORIZON HOUSE,<br><br>Plaintiff,<br><br>v.<br><br>JAMES H. BUSH, in his role as Trustee of the Sarah Block Special Needs Trust, and TERRI BLOCK, in her role as Guardian of the Person and Estate of SARAH BLOCK,<br><br>Defendants. | No. 3:06-cv-05268-RBL<br><br>**STIPULATION AND ORDER ENLARGING TIME FOR PARTIES TO FILE BRIEFING RE PENDING MOTIONS TO DISMISS AND SUMMARY JUDGMENT** |

### STIPULATION

Pursuant to FRCP 6(b), the parties stipulate to the following briefing deadlines for the two pending motions to dismiss filed by defendants, and the motion for summary judgment filed by plaintiff:

1. Deadline to File Opposition Papers - Friday, September 22, 2006;

2. Deadline to File Reply Papers - Friday, October 6, 2006;

This stipulated motion is based on the following:

STIPULATION AND ORDER ENLARGING TIME FOR PARTIES TO FILE
BRIEFING RE PENDING MOTIONS TO DISMISS AND SUMMARY
JUDGMENT
Page 1

HARRANG LONG GARY RUDNICK PC
360 E 10th Ave., Suite 300
Eugene, OR 97401-3114
Phone (541) 485-0220
Fax (541) 686-6564

1.  The motions to dismiss filed by defendants, and the motion for summary judgment filed by plaintiff, are all noted for consideration for Friday, September 8, 2006. Therefore, in accordance with CR 7(d)(3), opposition papers are currently due on Tuesday, September 5, 2006 (due to the Labor Day holiday), and reply papers are currently due on Friday, September 8, 2006;

2.  Oral argument on all pending motions, by request of defendant Block and with the consent of the other parties, has been re-scheduled to Friday, November 3, 2006;

3.  The parties each require additional time to prepare their opposition papers. The parties also would like to have more time than is currently allotted under CR 7(d)(3) to file reply papers.

4.  The parties have agreed that the briefing schedule set forth above is in the best interests of each of the parties.

DATED this 30th day of August, 2006.

HARRANG LONG GARY RUDNICK P.C.

By _____
Arden J. Olson, WSB #08530
arden.j.olson@harrang.com
Craig J. Capon, WSB #34536
craig.j.capon@harrang.com
Of Attorneys for Plaintiff Providence Health System— Washington

## ORDER

THIS MATTER having come before the undersigned judge based on the agreement of the parties; and the court having reviewed the records and files herein; it is hereby

ORDERED, ADJUDGED AND DECREED that the deadlines for the briefing on the two pending motions to dismiss filed by defendants and the motion for summary judgment filed by plaintiff shall be as follows:

1.  Deadline to File Opposition Papers - Friday, September 22, 2006, and

/////

STIPULATION AND ORDER ENLARGING TIME FOR PARTIES TO FILE BRIEFING RE PENDING MOTIONS TO DISMISS AND SUMMARY JUDGMENT
Page 2

HARRANG LONG GARY RUDNICK PC
360 E 10th Ave., Suite 300
Eugene, OR 97401-3114
Phone (541) 485-0220
Fax (541) 686-6564

1  2.  Deadline to File Reply Papers - Friday, October 6, 2006.

2  DONE IN OPEN COURT this 31 day of Aug, 2006.

*[signature]*
for JUDGE RONALD B. LEIGHTON

6  Stipulated to and Presented by:

7  HARRANG LONG GARY RUDNICK P.C.

8  By *[signature]*
9  Arden J. Olson, WSB #08530
   arden.j.olson@harrang.com
10  Craig J. Capon, WSB #34536
   craig.j.capon@harrang.com
11  Of Attorneys for Plaintiff Providence Health
   System— Washington

13  Stipulated and Approved for Entry;
   Notice of Presentment Waived:

15  By: *[signature]*
   Kori T. Lester, WSBA # 28396
16  Law Offices of Ben F. Barcus & Associates, PLLC
   Attorneys for Defendant Guardian Terri Block

18  Stipulated to and Approved for Entry;
   Notice of Presentment Waived:

20  By *[signature]*
   G. Perrin Walker, WSBA # 4013
21  Scott D. Winship, WSBA #17047
   Attorneys for Defendant Trustee James H. Bush

25  00151638.WPD

26  STIPULATION AND ORDER ENLARGING TIME FOR PARTIES TO FILE
   BRIEFING RE PENDING MOTIONS TO DISMISS AND SUMMARY
   JUDGMENT
   Page 3

HARRANG LONG GARY RUDNICK PC
360 E. 10th Ave., Suite 300
Eugene, OR 97401-3114
Phone (541) 485-0220
Fax (541) 686-6564