1

2

The Honorable RONALD B. LEIGHTON

3

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

4

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

| FILED | LODGED |
| RECEIVED | |

5

**06-CV-05268-ORD**

IJAN 2 2 2007

6

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

9

10

11

12

13

14

15

16

PROVIDENCE HEALTH SYSTEM-
WASHINGTON, a Washington nonprofit
corporation, doing business as PROVIDENCE
HORIZON HOUSE,

                     Plaintiff,

    v.

JAMES H. BUSH, in his role as Trustee of the
Sarah Block Special Needs Trust, and TERRI
BLOCK, in her role as Guardian of the Person
and Estate of SARAH BLOCK,

                     Defendant.

No. 3:06-cv-05268 -RBL

[~~PROPOSED~~] ORDER GRANTING
DEFENDANTS' JOINT MOTION
FOR SUMMARY JUDGMENT AND
DISMISSING PLAINTIFF'S
COMPLAINT WITH PREJUDICE

**NOTE ON MOTION CALENDAR:
January 19, 2007**

17

18

      THIS MATTER came on for hearing upon defendant Block's Motion To Dismiss under

19

FRCP 12(b)(6), upon defendant Block's Motion for Summary Judgment Re: Application of the

20

Make Whole Doctrine, and upon the Joint Motion for Summary Judgment filed by defendants

21

Block and Bush, and the Court having reviewed the files and records herein, including:

22

    1.    Plaintiff's Complaint and the attached Exhibit 1;

23

    2.    Defendant Block's Motion To Dismiss under FRCP 12(b)(6);

24

    3.    Defendant Block's Request For Judicial Notice Under Federal Evidence Rule 201

25

        and the Declaration and Exhibits accompanying the Request;

26

    4.    Plaintiff's Memorandum in opposition to defendant Block's Motion to Dismiss;

ORDER GRANTING DEFENDANTS' JOINT MOTION
FOR SUMMARY JUDGMENT AND DISMISSING
PLAINTIFF'S COMPLAINT - 1
Case No. 3:06-cv-05268 -RBL
F:\16000-16999\16386\16386-00002\PLEADINGS\SDWP26W DOC

VANDEBERG JOHNSON & GANDARA
A PARTNERSHIP OF PROFESSIONAL SERVICE CORPORATIONS
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

5.  Defendant Block's Motion for Summary Judgment Regarding Application of the Make Whole Doctrine;

6.  Plaintiff's Memorandum in Opposition to defendant Block's Motion for Summary Judgment;

7.  The Stipulation and Order Regarding Defendants' Motions for Summary Judgment and Petitions for Attorney Fees;

8.  Defendants' Joint Motion Under F.R.C.P. 56(b) for Summary Judgment Dismissing All Claims;

9.  Defendants Trustees' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment

10.  _____

_____ ; and

11.  _____

_____.

The Court finds that it has subject matter jurisdiction and jurisdiction over the parties. The Court also finds that there is no genuine issue of material fact and the defendants are entitled to judgment as a matter of law.

NOW, THEREFORE, it is ORDERED, ADJUDGED AND DECREED that:

Defendants' Joint Motion for Summary Judgment under F.R.C.P 56(b) is GRANTED and Plaintiff Providence Health System-Washington's claims against Defendant Trustee James H. Bush and Defendant Guardian Terry Block are hereby DISMISSED with prejudice and with costs.

Dated this 20th day of January, 2007.

_____
JUDGE RONALD B. LEIGHTON

ORDER GRANTING DEFENDANTS' JOINT MOTION
FOR SUMMARY JUDGMENT AND DISMISSING
PLAINTIFF'S COMPLAINT - 2
Case No. 3:06-cv-05268 -RBL
F:\16000-16999\16386\16386-00002\PLEADINGS\SDWP26W.DOC

VANDEBERG JOHNSON & GANDARA
A PARTNERSHIP OF PROFESSIONAL SERVICE CORPORATIONS
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377

1 | Presented by:

2 | **VANDEBERG JOHNSON & GANDARA**

3

4 | By _____
     G. Perrin Walker, WSBA # 4013
5 | Scott D. Winship, WSBA # 17047
     Attorneys for Defendant James H. Bush, Trustee
6 | of the Sarah Block Special Needs Trust

7 | Approved for Entry:

8

9 | By _____
     Arden J. Olson, WSBA # 08530
10 | Of Attorneys for Plaintiff Providence
     Health System-Washington

11 | Approved for Entry:

12

13 | By _____
     Kari I. Lester, WSBA # 28396
14 | Law Offices of Ben F. Barcus & Associates, PLLC
     Attorneys for Defendant Guardian Terri Block

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING DEFENDANTS' JOINT MOTION
FOR SUMMARY JUDGMENT AND DISMISSING
PLAINTIFF'S COMPLAINT - 3
Case No. 3:06-cv-05268 -RBL
F:\16000-16999\16386\16386-00002\PLEADINGS\SDWP26W.DOC

VANDEBERG JOHNSON & GANDARA
A PARTNERSHIP OF PROFESSIONAL SERVICE CORPORATIONS
1201 PACIFIC AVENUE, SUITE 1900
P.O. BOX 1315
TACOMA, WASHINGTON 98401-1315
(253) 383-3791 (TACOMA)
FACSIMILE (253) 383-6377