UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PROVIDENCE HEALTH SYSTEM-
WASHINGTON d/b/a PROVIDENCE
HORIZON HOUSE,

                Plaintiff,

      v.

JAMES H. BUSH in his role as Trustee of the
Sarah Block Special Needs Trust, and TERRI
BLOCK, in her role as Guardian of the Person
and Estate of SARAH BLOCK,

                Defendant.

CASE NO.  C06-5268RBL

MINUTE ORDER

     NOW  on this $^{15th}$  day of February  2007, the Court directs the Clerk to enter the following Minute Order:

     The Court's prior Order Granting Motion for Attorney Fees (Dkt.71) is REVISED to reflect fees outlined in the second declaration of Kari Lester (Dkt. 64).  The amount of the fees awarded to the Guardian on page 5 of the order ($22639.72) is AMENDED  to $25925.83.

     The foregoing Minute Order entered by ____s/Jean Boring_____, Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.

Minute Order - 1