AO 450 (Rev. 5/85) (Mod. 10/93) Judgment in a Civil Case

# United States District Court

**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| PROVIDENCE HEALTH SYSTEM-WASHINGTON d/b/a PROVIDENCE HORIZON HOUSE,<br><br>        Plaintiff,<br><br>        v.<br><br>JAMES H. BUSH in his role as Trustee of the Sarah Block Special Needs Trust, and TERRI BLOCK, in her role as Guardian of the Person and Estate of SARAH BLOCK | JUDGMENT IN A CIVIL CASE<br>ON ATTORNEY FEES<br><br><br>CASE NUMBER: C06-5268RBL |

[ √ ]   **Decision by Court.**  This action came under consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The trustee's motion for attorney fees and costs is GRANTED in the amount of $1,170 for the trustee and $26,204.02 for his retained law firm.

The guardian's motion for attorneys fees and costs is GRANTED in the amount of $25,925.83.

All amounts paid pursuant to this Order shall be paid to the Trustee, in the name of the Trustee, and it will be for the Trustee to determine the contractual obligations of the Trust to pay these monies out to representing law firms.

*DATED:*  FEBRUARY 15, 2007

                                          BRUCE  RIFKIN
                              *Clerk*

                                          /s/   Jean Boring
                              *(By) Deputy Clerk*, Jean Boring

AO 450 (Rev. 5/85) (Mod. 10/93)  Judgment in a Civil Case